3/11/2015

This letter has been CC'd to the prosecution, so as not to have an ex-parte communication.

To the Honorable Judge Joel A. Pisano
US District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RECEIVED

MAR 26 2015

AT 8:30_____M
WILLIAM T WALSH CLERK

Dear Judge Pisano,

I hope this finds you in good health and spirits.

On May 5, 2014, I plead guilty to: 18 U.S.C. 1349 & 1957

I make no excuses for my actions, whatsoever. The last 8 months in prison has given me considerable time to reflect on my actions and its unfortunate results. Amongst many things, I've come to realize that through my stupidity, selfishness and senseless criminal behavior, I've hurt my wife and children, in a very bad way and on many levels. I have not been able to provide for them economically, emotionally, or any form of support. At present, my family has become dysfunctional: My wife and children are depressed. My kids struggle terribly in school.
For a father who truly cares and loves his wife and children more than life itself - this is the hardest part of being in prison.

In preparation for my sentencing, i was not afforded a PSR report for your honor to review. Something i believe every defendant is entitled to (due process). Because my deal with the prosecution was pre-packaged, i did not have the opportunity to properly evaluate if this deal was fair to me. I believe that the prosecutor, in a huge rush to put an end to the Weinstein saga, pushed through an arraignment, plea and a sentencing in about 11 minutes. I feel that your honor wasn't given a true picture of my sentencing factors and of me as a person.

In analyzing my sentence; i received 36 months for my case in the Eastern District of New York. Your Honor graciously imposed a 52 month sentence, to run concurrent with the EDNY's 36 month sentence.
I am requesting that your honor reduce my sentence by 16 months, so that it run concurrent with the 36 months that Judge Dearie imposed in the EDNY.

I make this request out of remorse, the desire to make amends with my family, And most importantly - to mitigate the damaging effect that my incarceration is having on them. If there is any merit to my argument, I respectfully request additional indulgence from his honor for a reduced sentence.
I'm not looking for a "get out of jail free card", i have no qualms about serving my sentence that i rightfully deserve - i just want to be home, where perhaps i can save what is dwindling toward total destruction.

Thank you so much.

Sincerely,

Aaron Glucksman
81725-053
FCI Otisville Camp
PO Box 1000
Otisville NY 10963

NAME Aaron Glickman
REGISTER NO. 81725-053
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963




U.S. POSTAGE PAID
BROOKLYN, NY 11224
MAR 20, 15
AMOUNT
$6.49
00089483-08

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



7014 2120 0000 5008 8491

Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street   Room 2020
Trenton, NJ 08608

0860815OO20